PROSPECT INVESTING COMPANY v. RENTAM REALTY CORPORATION and Others, Impleaded with ALBERTA REALTY CORPORATION.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

RELMAR HOLDING CO., INC., v. PARAMOUNT PUBLIX CORPORATION and Others. — Motion denied, with ten dollars costs.  Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

FINKELSTEIN & SONS, INC., v. HARRY SCHWARTZ.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

UTILITIES POWER AND LIGHT CORPORATION v. CONSOLIDATED UTILITIES COMPANY and Others.— Motion for reargument or for leave to appeal denied, with ten dollars costs.  Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertakings required by sections 593 and 594 of the Civil Practice Act.  Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of. the EQUITABLE CASUALTY AND SURETY COMPANY, v. HAROLD R. CRONIN and Others, Impleaded with CHARLES ENO.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ERNESTO GISOLFI v. INTERCOAST TRADING COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, v. HAROLD R. CRONIN and Others, Impleaded with ARTHUR COHEN.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROBERT F. WAGNER, as Receiver, etc., and LINCOLN FORTY-SECOND STREET CORPORATION v. MANUFACTURERS TRUST COMPANY.— Motion granted.  Questions certified.  Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.  [See ante, p. 175.]

JULIA MACALPINE HAMM v. THE CHRISTIAN HERALD ASSOCIATION and Others, Impleaded with THE CHRISTIAN HERALD ASSOCIATION, INC., and Others.— Motion for leave to appeal denied, with ten dollars costs.  Motion for an extension of time to answer granted in so far as to extend time of defendants, respondents, to answer the complaint until five days after service. of order.  Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

EFF-ESS, INC., v. NEW YORK EDISON COMPANY.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MANUFACTURERS TRUST COMPANY, as Corporate Trustee, etc., v. ROERICH MUSEUM, Impleaded, etc., and PHILIP J. DUNN and Another.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

AARON SMILOW and Others v. SAMUEL J. WOOD, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

WILLIAM K. UHE v. JAMES A. STILLMAN.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.